IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CHARLES EDWARD JARRETT,

    Plaintiff,

v.               CIVIL ACTION NO.   2:20-cv-00625

REGIONAL JAIL AUTHORITY, et al.,

    Defendants.

ORDER

  This action was referred to United States Magistrate Judge Dwane Tinsley on September 24, 2020, for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636(b)(1)(B). On August 31, 2022, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations [ECF No. 9] ("PF&R") and recommended that I **FIND** Plaintiff has failed to prosecute this action and **DISMISS** the matter from the court's docket. The PF&R advised thar parties that objections were due no later than September 19, 2021.[1]

  Neither party timely filed objections to the PF&R nor sought an extension of time. A district court "shall make a de novo determination of those portions of the

---

[1] The docket reflects that the PF&R mailed to Plaintiff was returned as undeliverable on September 9, 2022, and again on September 19, 2022, but this does not excuse the failure to file objections by the deadline. "A pro se party must advise the clerk promptly of any changes in name, address, and telephone number." L.R. Civ. P. 83.5.

report or specified proposed findings or recommendations to which objection is made."

28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de

novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are

addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court **ADOPTS**

and incorporates herein the PF&R and orders judgment consistent therewith. I **FIND**

that Plaintiff has failed to prosecute this action. I order this case to be **DISMISSED**

and **REMOVED** from the docket of the Court. The Clerk is **DIRECTED** to send a copy

of this Order to counsel of record and any unrepresented party.

ENTER:      October 13, 2022

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE